# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ELDRIDGE,<br>    Plaintiff,<br><br>        v.<br><br>GOOD SAMARITAN HOSPITAL,<br>etc., et al.<br>    Defendants. | CV 19-10045 DSF (JPRx)<br><br>Order to Show Cause Why Court Should Not Deny Motion to Withdraw as Counsel |

    On March 24, 2021, this Court conditionally granted the motion of Plaintiff's counsel to withdraw as counsel, dkt. 50, effective on the date that moving counsel filed and served – on the client and all attorneys of record – a declaration (in the form specified in 28 U.S.C. § 1746) that:

    (1) Sets forth the client's current address and telephone number, recently verified as accurate by the withdrawing counsel;

    (2) Informs the client and all attorneys of record that the stated address will be the address to which all future documents will be served or sent until changed by appropriate notice or substitution of attorney;

    (3) Informs the client of all future dates now set in this action, including, but not limited to, pre-trial conference related

dates, discovery cut-off dates, the motion cut-off date, and dates relating to any pending discovery obligations;

(4) Informs the client that any individual appearing pro se will be required to comply with this Court's standing orders, this District's Local Rules, the Federal Rules of Civil Procedure and all other Federal Rules;

(5) Informs the client when and where the client may obtain the client's case file, if it is not already in the client's possession;

(6) Informs the client of the following:

Although Plaintiff is proceeding *pro se*, *i.e.*, without legal representation, he nonetheless is required to comply with Court orders, the Local Rules, and the Federal Rules of Civil Procedure. See C.D. Cal. L.R. 83-2.2.3. The Local Rules are available on the Court's website, http://www.cacd.uscourts.gov/court-procedures/ local-rules.

The Court cannot provide legal advice to any party, including *pro se* litigants, *i.e.*, parties who are not represented by a lawyer. There is a free "*Pro Se Clinic*" that can provide information and guidance about many aspects of civil litigation in this Court.

*Pro se* litigants often face special challenges in federal court. Public Counsel runs a free Federal Pro Se Clinic where pro se litigants can get information and guidance. The Clinic is located at the Roybal Federal Building and Courthouse, 255 East Temple Street, Los Angeles, CA 90012 (note that the clinic may not be open for in-person appointments during the pandemic). *Pro se* litigants must call or submit an on-line application to request services as follows: on-line applications can be submitted at

http://prose.cacd.uscourts.gov/los-angeles, or call (213) 385-2977, ext. 270.

*Pro se* litigants may submit documents for filing through the Court's Electronic Document Submission System (EDSS) instead of mailing or bringing documents to the Clerk's Office. Only internet access and an e-mail address are required. Documents are submitted in PDF format through an online portal on the Court's website. To access EDSS and for additional information, visit the Court's website at https://apps.cacd.uscourts.gov/edss.

Attorneys may not use EDSS to submit documents on behalf of their clients. Attorneys are required by the local rules to file documents electronically using the Court's CM/ECF System.

Counsel was also required to provide a proof of service of that Order and the required declaration. The Court further ordered that failure to comply with the above requirements by March 31, 2021 would result in the denial of the motion.

Counsel has not complied with the Court's requirements. Therefore, counsel is ordered to show cause in writing no later than April 19, 2021 why this Court should not deny the motion. Compliance with the Court's March 24, 2021 Order by April 19, 2021 will be a sufficient response to this Order to Show Cause.

IT IS SO ORDERED.

Date: April 12, 2021

*Dale S. Fischer*
Dale S. Fischer
United States District Judge