# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ELRIDGE,<br>     Plaintiff,<br><br>          v.<br><br>GOOD SAMARITAN HOSPITAL,<br>     Defendant. | CV 19-10045 DSF (JPRx)<br><br>JUDGMENT |

The Court having granted Defendant's motion for summary judgment,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendant recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: June 30, 2021

_____
Dale S. Fischer
United States District Judge